## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brian  L. Hockenberry                    **BK NO. 21-00924 HWV**
      Danielle L. Hockenberry
              **Debtor(s)**                      **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NYMT Loan and index same on the master mailing list.


                Respectfully submitted,



/s/Rebecca Solarz

Rebecca Solarz
07 Jul 2021, 17:09:07, EDT


        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

Document ID: 964009b2ff4bd2fea116da24d8d0c2357d77d328a0d98de21d24c84a96f793e3