| | |
|---|---|
| In re:<br>Brian L Hockenberry<br>Danielle L Hockenberry<br>    Debtors | Case No. 21-00924-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 13, 2021      Form ID: pdf010      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5411428 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2021 18:57:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Brian L Hockenberry lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Danielle L Hockenberry lstump@shepleylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of NYMT Loan bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN L. HOCKENBERRY : | CASE NO: 21-00924 |
| AND : | |
| DANIELLE L. HOCKENBERRY : | CHAPTER 13 |
| Debtor(s) : | |
| Objector : | Objection to Claim |
| vs : | |
| LVNV FUNDING, LLC : | |
| Claimant : | |

### ORDER ON OMNIBUS OBJECTION TO PROOF OF CLAIMS #6, #7 AND #8 FILED BY LVNV FUNDING, LLC

Upon consideration of the debtors Omnibus Objection to the Proof of Claims #6, #7 and #8 filed by LVNV Funding, LLC, it is hereby ORDERED:

That Claim #7 filed by LVNV Funding is disallowed in its entirety.

Dated: September 13, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)