United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Brian L Hockenberry

Danielle L Hockenberry

   Debtors

Case No. 21-00924-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5442227 | + NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5442227 | + Email/Text: mtgbk@shellpointmtg.com | Jan 21 2022 18:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com |

Leah M Stump

        on behalf of Debtor 1 Brian L Hockenberry lstump@shepleylaw.com

Leah M Stump

        on behalf of Debtor 2 Danielle L Hockenberry lstump@shepleylaw.com

Rebecca Ann Solarz

        on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of NYMT Loan
bkgroup@kmllawgroup.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov


TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:21-bk-00924-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian L Hockenberry
23838 Big Spring Road
Doylesburg PA 17219

Danielle L Hockenberry
23838 Big Spring Road
Doylesburg PA 17219

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/20/2022.

Name and Address of Alleged Transferor(s):

Claim No. 11: NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0675

Name and Address of Transferee:

FV I, Inc in trust for Morgan Stanley Morgage
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
FV I, Inc in trust for Morgan Stanley Mo
c/o Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/23/22

Terrence S. Miller
**CLERK OF THE COURT**