United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00924-HWV
Brian L Hockenberry  Chapter 13
Danielle L Hockenberry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Aug 11, 2022     Form ID: ordsmiss     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian L Hockenberry, Danielle L Hockenberry, 23838 Big Spring Road, Doylesburg, PA 17219-9746 |
| aty | + | Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110-1310 |
| 5405813 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502 P.O. Box 8875, Camp Hill, PA 17011-6904 |
| 5405816 | + | Chambersburg Hospital, 112 North 7th Avenue, Chambersburg, PA 17201-1700 |
| 5411144 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 5405824 | | Penn State Hershey Medical, Attn: Patient Fianncial Services, PO Box 853, Hershey, PA 17033-0853 |
| 5405826 | + | Receivables Performance Management, 20818 44th Ave W, Lynnwood, WA 98036-7709 |
| 5482866 | + | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5482867 | + | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019 U.S. Bank Trust National Association 75019-6295 |
| 5409494 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5421809 | | Wilmington Savings Fund Society, FSB, et al,, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Aug 11 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 11 2022 18:39:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 5405814 | | EDI: CAPITALONE.COM | Aug 11 2022 22:43:00 | Capital One, Bankruptcy Department, P.O. Box 5155, Norcross, GA 30091 |
| 5405815 | + | Email/Text: bzern@celticbank.com | Aug 11 2022 18:40:00 | Celtic Bank, Attn: Bankruptcy, 268 South State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 5406362 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2022 18:39:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5405817 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2022 18:39:00 | Credit Acceptance Corp., P.O. Box 551888, Detroit, MI 48255-1888 |
| 5405818 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 11 2022 18:40:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5405819 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2022 18:43:36 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5405820 | | Email/Text: ECF@fayservicing.com | Aug 11 2022 18:40:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 5456119 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 11 2022 18:40:00 | FV I, Inc in trust for Morgan Stanley Morgage, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, FV I, Inc in trust for |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5456118 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 11 2022 18:40:00 | Morgan Stanley Mo, c/o Shellpoint Mortgage Servicing 29603-0826 |
| | | | | FV I, Inc in trust for Morgan Stanley Morgage, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5411428 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 18:43:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5405821 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 18:43:36 | Lvnv Fuding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5405822 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2022 18:40:00 | Midland Funding LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 5442226 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 11 2022 18:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5442227 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 11 2022 18:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5405823 | + | EDI: AGFINANCE.COM | Aug 11 2022 22:43:00 | One Main Financial, Hillside Plaza, 1752 Lincoln Way E Ste 7, Chambersburg, PA 17202-6301 |
| 5407141 | + | EDI: AGFINANCE.COM | Aug 11 2022 22:43:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5406154 | + | EDI: RECOVERYCORP.COM | Aug 11 2022 22:43:00 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5407454 | + | EDI: RECOVERYCORP.COM | Aug 11 2022 22:43:00 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5405825 | | EDI: PRA.COM | Aug 11 2022 22:43:00 | Portfolio Recovery Associates, LLC, ATTN: Bankruptcy Department, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5419218 | | EDI: PRA.COM | Aug 11 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5405826 | + | EDI: DISH | Aug 11 2022 22:43:00 | Receivables Performance Management, 20818 44th Ave W, Lynnwood, WA 98036-7709 |
| 5405828 | | EDI: AISSPRINT | Aug 11 2022 22:43:00 | Sprint, P.O. Box 105243, Atlanta, GA 30348-5243 |
| 5405827 | | EDI: CBS7AVE | Aug 11 2022 22:43:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5408706 | + | EDI: CBSMASON | Aug 11 2022 22:43:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5405829 | ^ | MEBN | Aug 11 2022 18:34:19 | Trident Asset Management, Attn: Bankruptcy, P.O. Box 888424, Atlanta, GA 30356-0424 |
| 5420727 | | EDI: AIS.COM | Aug 11 2022 22:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5405830 | + | EDI: VERIZONCOMB.COM | Aug 11 2022 22:43:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Drive Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**  **Bypass Reason  Name and Address**

| | | |
| --- | --- | --- |
| cr | | FV I, inc in trust for Morgan Stanley Morgage Capi |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5411145 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022         Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Brian L Hockenberry lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 2 Danielle L Hockenberry lstump@shepleylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of NYMT Loan bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian L Hockenberry,

**Debtor 1**

Danielle L Hockenberry,

**Debtor 2**

Chapter 13

Case No. 1:21−bk−00924−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 11, 2022

ordsmiss (05/18)