UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  Brian L Hockenberry
        Danielle L Hockenberry                         CHAPTER 13

                        Debtor(s)
                                                       CASE NO: 1-21-00924HWV

## FUNDS REMITTED TO COURT

Please find hereto check number 9016993 in the amount of $8.66 representing unclaimed funds owed to Debtor, Brian L Hockenberry. Trustee is remitting the funds owed to said Debtor to the U. S. Bankruptcy Court due to the fact that Trustee has been unable to locate said Debtor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | Brian L Hockenberry<br>23838 Big Spring Rd<br>Doylesburg PA 17219 | $8.66 |

Dated: August 9, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com